ELMER S. CONKLIN, Respondent, v. ANTONIO M. D'APRILE et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of the Probate of the Will of FLORA M. WHIPPLE, Deceased. ELIZABETH DeLAPP, Appellant; ARTHUR DUNKS et al., Respondents.— Order denying motion to set aside the verdict reversed on the law and proponent's motion for a directed verdict in favor of the proponent granted. Decree reversed on the law and matter remitted to the Surrogate's Court of Cayuga County with directions to admit the will to probate, without costs of this appeal to any party. Memorandum: We think the verdict was contrary to and against the clear weight of the evidence on each issue submitted to the jury. All concur. (The decree dismisses the petition and denies probate of a will, after trial of framed issues before Wheeler, J., and a jury. The order denies petitioner's motion to set aside the verdict.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 729.]

IDA A. GOODELL et al., as Executors of HARRY E. GOODELL, Deceased, Appellants, v. SILVER CREEK NATIONAL BANK, Respondent.— Judgment affirmed, with costs. Memorandum: We regard the master's deed dated April 10, 1935, though absolute in form, as an equitable mortgage. Finding of fact No. 12 disapproved and reversed. All concur. (The judgment dismisses plaintiffs' amended complaint and awards defendant judgment on its counterclaim, in an action to declare a deed to be collateral security for loans.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.